UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| ALEGRIA M. FERNANDEZ, an individual, | ) | 2:10-CV-01305-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ALLIANCE BANCORP, GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, INC., EXECUTIVE TRUSTEE SERVICES, LLC, 50 BY 50 REO, LLC, DB50 2007-1 TRUST, MARINERS RES FUND II REO, LLC, | ) | |
| Defendants. | ) | |

      This action was commenced June 11, 2010 by the filing of Plaintiff's Complaint in the Eighth Judicial District Court, in and for the County of Clark, State of Nevada.

      On August 3, 2010, Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC, removed the action to this Court (Doc. #1). On August 10, 2010, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Doc. #4). To date, Plaintiff has failed to file a timely response in opposition to Defendants' motion to dismiss. As a result, in accord with local rules of practice of this Court, Plaintiff consents to the granting of Defendants' motion to dismiss. Moreover, a review of Defendants' motion to dismiss shows that Defendants are entitled to the relief of dismissal requested under Rule 12(b)(6) because Plaintiff has failed to

state a claim upon which relief can be granted.

**IT IS THEREFORE ORDERED that** Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC's Motion to Dismiss Plaintiff's Complaint (Doc. #4) is **GRANTED**, and the Clerk of Court shall forthwith dismiss this action.

DATED:  August 31, 2010.

_____
PHILIP M. PRO
United States District Judge